**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| PLECTRUM LLC, <br><br> Plaintiff, <br><br> v. <br><br> JUNIPER NETWORKS, INC. <br><br> Defendant. | CIVIL ACTION NO. 4:17-CV-84 ALM <br><br> **JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court has before it Plaintiff's notice of dismissal of Defendant Juniper Networks, Inc. ("Juniper") with prejudice. The motion is hereby GRANTED.

IT IS ORDERED that Juniper is dismissed from this action with prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

SIGNED this 24th day of June, 2017.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE